## EX PARTE WORLEY IN RE WESTERN UNION TEL. CO. v. WORLEY.

(Decided May 13, 1915.)

CERTIORARI to Court of Appeals.

WERT & LYNNE, for petitioner. FORNEY JOHNSTON, contra.

ANDERSON, C. J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Western Union Tel. Co. v. Worley*, 12 Ala. App. 494, 68 South. 558.

All the Justices concur.

---

## FORD v. SWINDALL, ET AL.

(Decided June 1, 1915.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN H. DISQUE.

No counsel marked for either party.

Per Curiam. Appeal dismissed by appellant.

---

## GILREATH COAL & IRON CO. v. FRANCIS.

(Decided June 30, 1915. Rehearing denied November 18, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

FORNEY JOHNSTON and C. C. NE SMITH, for appellant. VASSAR L. ALLEN, for appellee.

MAYFIELD, J.—Complainant failed to prove the equities set up in the bill and it was properly dismissed. Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.